## CARL COLAS *v.* COMMISSIONER OF CORRECTION
## (AC 33364)

Beach, Alvord and Bear, Js.

Submitted on briefs October 30—officially released November 19, 2013

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DAVID PALMER
## (AC 34994)

Lavine, Robinson and Sheldon, Js.

Argued November 12—officially released December 3, 2013

Per Curiam. The appeal is dismissed.

## VERNOL GARY *v.* COMMISSIONER OF CORRECTION
## (AC 34149)

Gruendel, Keller and Borden, Js.

Argued November 14—officially released December 3, 2013

Per Curiam. The appeal is dismissed.